IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PAMELA GOLDING, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAL-MART STORES, INC., )<br>WAL-MART STORES EAST, LP )<br>(DELAWARE) d/b/a WAL-MART, )<br>)<br>Defendants. ) | CIVIL ACTION<br>FILE NO. |

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 USC §1446, Defendants file this Notice of Removal in the United States District Court for the Middle District of Georgia, Valdosta Division, and evoke this Court's jurisdiction over the above-styled civil action on the following grounds:

1. This personal injury action was commenced on April 4, 2019 by the filing of the original Summons and Complaint in the State Court of Tift County, Georgia, styled *Pamela Golding v. Wal-Mart Stores, Inc., Wal-Mart Stores East, LP (Delaware), d/b/a Wal-Mart*, Civil Action File No. 2019CT047. Attached hereto as **Exhibit A** are copies of all pleadings served upon Defendants in such action to date. A copy of the Notice of Filing Removal, filed in the State Court of

Tift County, Georgia, is attached hereto as **Exhibit B**.

2. Pursuant to 28 USC §1332, the United States District Court "shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states."

3. Defendant Wal-Mart Stores, Inc. is a foreign corporation existing under the laws of the State of Delaware. (Plaintiff's Complaint, ¶ 2, in **Exhibit A**). Defendant Wal-Mart Stores East, LP is a limited partnership existing under the laws of the State of Delaware. (See Plaintiff's Complaint ¶ 4). WSE Management, LLC is the general partner of Defendant Wal-Mart Stores East, LP and WSE Investment, LLC is the limited partner. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC (f/k/a Wal-Mart Stores East, Inc.), an Arkansas limited liability company. Wal-Mart Stores East, Inc. was converted to an Arkansas limited liability company on January 25, 2011. Wal-Mart Stores East, LLC is a wholly-owned subsidiary of Wal-Mart Stores, Inc. All of these entities are foreign corporations.

5. This Notice of Removal is timely as it is filed within 30 days of Defendants' receipt of copies of Plaintiff's pleadings setting forth his claim for relief (Service of Process Transmittal, in **Exhibit A** hereto). See 28 USC §1446(b).

6. Plaintiff's Complaint alleges causes of action based on negligence. (Plaintiff's Complaint ¶¶ 38 - 40). Plaintiff alleges that on April 3, 2017, she fell on a foreign substance in the Wal-Mart store in Tifton, Georgia and "suffered serious and permanent personal injuries" and suffers "excruciating pain" (Plaintiff's Complaint ¶ 18-19).

7. Plaintiff also seeks punitive damages and also attorneys' fees pursuant to O.C.G.A. §13-6-11. (**Exhibit A**, Plaintiff's Complaint, ¶¶27-28).

8. In her pre-suit demand dated March 1, 2019, Plaintiff describes her injury as a "fracture dislocation of the left first carpometacarpal joint" and had surgery to repair the fracture. When Plaintiff continued experiencing pain following the surgery, a test revealed she had a Methicillin-resistant Staphylococcus aureus ("MRSA") infection, for which she was hospitalized for three days. (**Exhibit C**, Plaintiff's Demand Letter dated March 1, 2019).

9. An MRI also revealed "traumatic or postinfectious arthropathy in the carpus" that may require a wrist fusion. (**Exhibit C**).

10. Plaintiff's demand dated March 1, 2019 seeks recovery of her medical expenses totaling $45,554.52, $250,000.00 for future medical expenses and evaluates the general damages amounting to $609,476.00. (**Exhibit C**).

11. Plaintiff demanded $500,000.00 to settle the case. (**Exhibit C**).

12. After suit was filed, Defendants proposed a stipulation limiting the damages to $75,000 in order to keep the case in state court. (See **Exhibit D**, attached hereto). Plaintiff's counsel declined the proposed stipulation via email on April 25, 2019. (**Exhibit D**).

10. Based on the foregoing, the amount in controversy, exclusive of interest and costs, is open-ended and potentially exceeds the sum of $75,000. Plaintiff herself believes the value of her case is over $75,000, as she claims her total damages amount to $905,030.52. (**Exhibit C**).

11. Defendants also attach a prior Order of this Court dated August 16, 2018 which supports the removal of this case to federal court. (**Exhibit E**).

12. This Court has jurisdiction over this matter pursuant to 28 USC §1332(a) because complete diversity exists between the parties and the amount in controversy is open-ended and potentially exceeds $75,000.

13. By service of a copy of this Notice of Removal as evidenced by the Certificate of Service attached, Defendants give notice of such removal to Plaintiff.

14. Defendants' Answer and Defenses were timely filed with the Superior Court of Tift County. (See **Exhibit F**, attached hereto).

WHEREFORE, Defendants pray that this Court recognize and exercise jurisdiction over this claim from the State Court of Tift County, Georgia, and that

- 5 -

this action proceed as removed under this Court's jurisdiction pursuant 28 USC §1332.

Respectfully submitted, this 10th day of May, 2019.

        **DREW, ECKL & FARNHAM, LLP**

        */s/ Michael L. Miller*
        Hall F. McKinley, III
        Georgia Bar No. 495512
        Michael L. Miller
        Georgia Bar No. 508011
        Camille D. Dizon
        Georgia Bar No. 953073
        *Attorneys for Defendants*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PAMELA GOLDING,<br><br>   Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br>WAL-MART STORES EAST, LP<br>(DELAWARE) d/b/a WAL-MART,<br><br>   Defendants. | CIVIL ACTION<br>FILE NO. 2019CT047 |

## CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the within and foregoing *Defendants' Notice Of Removal* on counsel of record via United States Mail, postage prepaid, by US mail and via the CM/ECF system, addressed to counsel of record as follows:

> J.L. King
> Hudson King, LLC
> 615 N. Virginia Ave., Ste. A
> Tifton, GA 31793

This 10th day of May, 2019.

*[SIGNATURE PAGE FOLLOWS]*


- 7 -

DREW, ECKL & FARNHAM, LLP

/s/ Michael L. Miller
Hall F. McKinley, III
Georgia Bar No. 495512
Michael L. Miller
Georgia Bar No. 508011
Camille D. Dizon
Georgia Bar No. 953073
*Attorneys for Defendants*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
mckinleyh@deflaw.com
millerm@deflaw.com
dizonc@deflaw.com