Filed at _9:50_ A.M
_9/18_ 20 _19_

DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| PAMELA GOLDING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO. |
| | ) |
| WAL-MART STORES, INC., | ) 7:19-cv-00067-WLS |
| WAL-MART STORES EAST, LP | ) |
| (DELAWARE) d/b/a WAL-MART | ) |
| | ) |
| Defendants. | ) |

## ORDER

Having come before the Court on Plaintiff's Motion to Dismiss Less than All Parties _with consent of Defendant_, and having reviewed same;

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss Less than All Parties is **GRANTED**. Defendant Wal-Mart Stores, Inc. is **DISMISSED WITHOUT PREJUDICE** from this action, and the caption of this Complaint and all pleadings in this matter will be hereinafter styled as: <u>Pamela Golding v. Wal-Mart Stores, LP (Delaware) d/b/a Wal-Mart.</u>

This _17th_ day of September, 2019.

_W. Louis Sands_
W. Louis Sands
United States District Judge