IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PAMELA GOLDING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO. 7:19-cv-00067-WLS |
| WAL-MART STORES EAST, LP ) | |
| (DELAWARE) ) | |
| ) | |
| Defendant. ) | |

**WALMART STORES EAST, LP'S**
**MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Defendant Wal-Mart Stores East LP, and moves this Court, pursuant to Fed R. Civ. Pro. Rule 56, for summary judgment on all claims asserted against Wal-Mart by Plaintiff in this case.  This Motion is based upon the following:

(a)   All pleadings, discovery, papers and evidentiary matters properly before the Court at the time of its consideration of this Motion;

(b)   Defendant's Statement of Undisputed Material Facts;

(c)   Exhibit 1, Deposition of Pamela Golding;

(d)   Exhibit 2, Deposition of Dante Rahman;

(e)   Exhibit 3, Deposition of James Sellers;

    (f)    Exhibit 4, Defendant's Responses to Plaintiff's First Request for Production of Documents; and

    (g)    Defendants' Brief in Support of the Motion for Summary Judgment and all attachments.

Such matters show that there is no genuine issue of material fact and that Defendants are entitled to summary judgment as a matter of law.

Respectfully submitted this 19th day of August, 2020.

**DREW ECKL & FARNHAM, LLP**

/s/ Camille D. Dizon
Leslie P. Becknell
Georgia Bar No. 046320
Camille D. Dizon
Georgia Bar No. 953073
*Attorneys for Defendant Walmart*

303 Peachtree St. NE, Suite 3500
Atlanta, GA 30308
(404) 885-6166
(404) 876-0992
becknelll@deflaw.com
dizonc@deflaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day forwarded, via United States Mail, postage prepaid, and with the Court's CM/ECF system, as prescribed by the Court, which will automatically send electronic notification of same to following counsel of record a true and correct copy of the foregoing ***Defendant Wal-Mart's Motion for Summary Judgment*** to the following counsel of record, addressed as follows:

J.L. King<br>
Hudson King, LLC<br>
P.O. Box 2520<br>
Tifton, GA 31793

This 19th day of August, 2020.

**DREW, ECKL & FARNHAM, LLP**

*/s/ Leslie P. Becknell*
Leslie P. Becknell
Georgia Bar No. 046320
*Attorneys for Defendant*

303 Peachtree St. NE, Suite 3500
Atlanta, GA 30308
404-885-1400
404-876-0992 (fax)

10015553/1
05695-143778