IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PAMELA GOLDING, | * |
| Plaintiff, | * |
| v. | Case No. 7:19-CV-67(WLS) |
| | * |
| WAL-MART STORES EAST, LP, | |
| | * |
| Defendant. | |
| | * |

**J U D G M E N T**

Pursuant to the jury verdicts dated May 14, 2021 and May 17, 2021, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $259,000.00. The amount shall accrue interest from the date of entry of judgment at the rate of 0.05 % per annum until paid in full. Plaintiff shall also recover costs of this action.

This 18th day of May, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk